■ In the Matter of JENNIFER O. and Others, Infants. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARK L. O., Appellant. (Proceeding No. 1.) In the Matter of HELEN (H.) O., Respondent, v MARK L. O., Appellant. (Proceeding No. 2.) In the Matter of HELEN (H.) O., Respondent, v MARK L. O., Appellant. (Proceeding No. 3.) (Appeal No. 3.) [721 NYS2d 856] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Jennifer O.* ([appeal No. 2] 281 AD2d 937 [decided herewith]). (Appeal from Order of Jefferson County Family Court, Hunt, J.—Vacate Orders.) Present—Hayes, J. P., Wisner, Scudder, Kehoe and Burns, JJ.

■ In the Matter of JENNIFER O. and Others, Infants. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; MARK L. O., Appellant. (Proceeding No. 1.) In the Matter of HELEN (H.) O., Respondent, v MARK L. O., Appellant. (Proceeding No. 2.) In the Matter of HELEN (H.) O., Respondent, v MARK L. O., Appellant. (Proceeding No. 3.) (Appeal No. 4.) [722 NYS2d 207] —Order unanimously affirmed without costs for reasons stated in decision at Jefferson County Family Court, Schwerzmann, J. (Appeal from Order of Jefferson County Family Court, Schwerzmann, J.—Vacate Orders.) Present—Hayes, J. P., Wisner, Scudder, Kehoe and Burns, JJ.